**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:14-CV-527-RJC-DCK**

| | |
|---|---|
| **EYETALK365, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   <u>**ORDER**</u> |
| | ) |
| **PROTECT AMERICA, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

      **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by David C. Boggs, concerning Steven R. Daniels on September 29, 2014.  Mr. Steven R. Daniels seeks to appear as counsel *pro hac vice* for Plaintiff EyeTalk365, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.**  Mr. Steven R. Daniels is hereby admitted *pro hac vice* to represent Plaintiff EyeTalk365, LLC.

      **SO ORDERED**.

Signed: September 30, 2014

David C. Keesler
United States Magistrate Judge