# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-527-FDW-DCK

| | |
|---|---|
| EYETALK365, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LIVEWATCH SECURITY, LLC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) filed by Benjamin F. Sidbury, concerning Carlos Perez-Albuerne on October 17, 2014. Mr. Carlos Perez-Albuerne seeks to appear as counsel *pro hac vice* for Defendant LiveWatch Security, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 10) is **GRANTED.** Mr. Carlos Perez-Albuerne is hereby admitted *pro hac vice* to represent Defendant LiveWatch Security, LLC.

**SO ORDERED**.

Signed: October 20, 2014

David C. Keesler
United States Magistrate Judge