IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-527-FDW-DCK

| | |
|---|---|
| EYETALK365, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| LIVEWATCH SECURITY, LLC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 36) filed by David C. Boggs, concerning Gary R. Sorden on March 19, 2015. Mr. Gary Sorden seeks to appear as counsel *pro hac vice* for Plaintiff EyeTalk365, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 36) is **GRANTED.** Mr. Gary Sorden is hereby admitted *pro hac vice* to represent Plaintiff EyeTalk365, LLC.

**SO ORDERED**.

Signed: March 19, 2015

David C. Keesler
United States Magistrate Judge