IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-527-FDW-DCK

| EYETALK365, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| LIVE WATCH SECURITY, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Case Deadlines" (Document No. 46) filed June 22, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Whitney's chambers, the undersigned will deny the motion.

By the instant motion, the parties seek to "stay the deadlines in this matter until July 7, 2015, so that the parties can finalize the settlement agreement." (Document No. 46, p.1). The undersigned commends the parties' efforts to resolve this matter; however, it does not appear there are any pending deadlines between now and July 7, 2015. See (Document No. 27). As such, it appears the requested relief is unnecessary.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Case Deadlines" (Document No. 46) is **DENIED WITHOUT PREJUDICE**.

Signed: June 23, 2015

David C. Keesler
United States Magistrate Judge